IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KIM AUMAN                                    :
309 Lynn Street                              :
Robesonia, PA   19551                        :
            Plaintiff                        :
    vs.                                      :
                                             : CIVIL ACTION - LAW
LEEANNE H. JOHNSON                           :
755 11th Ave. E.                             :
Vancouver British Columbia V5T2E4            : NO. 17-3459
and                                          :
SUN RICH FRESH FOODS, INC.                   :
22151 Fraser Wood Way                        :
Richmond British Columbia V6W1J5             :
            Defendants                       :
```

FILED
OCT 31 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

ORDER TO MARK THE MATTER SETTLED, DISCONTINUED, ENDED

Kindly mark the enclosed matter, settled, discontinued, and ended.

The Plaintiff by:

_____
Peter N. Munsing, Esquire
939 Penn Avenue
Wyomissing, PA  19610
(610)478-7878
Fax number: (610)478-8787
Counsel for Plaintiff

1

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

```
KIM AUMAN                                   :
309 Lynn Street                             :
Robesonia, PA    19551                      :
                Plaintiff                   :
    vs.                                     :
                                            : CIVIL ACTION - LAW
LEEANNE H. JOHNSON                          :
755 11th Ave. E.                            :   No. 17-3459
Vancouver British Columbia V5T2E4           :
and                                         :
SUN RICH FRESH FOODS, INC.                  :
22151 Fraser Wood Way                       :
Richmond British Columbia V6W1J5, and       :
                Defendant                   :
```

### CERTIFICATE OF SERVICE

I, Peter N. Munsing, Esquire, certify that a true and correct copy of the foregoing Proof of Service was mailed on September 27, 2017 to the following:

LEEANNE H. JOHNSON
755 11th Ave. E.
Vancouver British Columbia v. 5TCE-4; and

Sun Rich Fresh Foods, Inc.
22151 Fraser Wood Way
Richmond British Columbia V6W1J5

Fred McKay, Adjustor
Claims Customer Service
Out of Province BI Claims-13072, 88th Ave.
Surrey, British Columbia, V3W-3K3

_____
Peter N. Munsing, Esquire
Attorney I.D. No.: 36305
939 Penn Avenue
Wyomissing, PA 19610
(610) 478-7878
Attorney for Plaintiff

FILED
OCT 31 2017
KATE BARKMAN, Clerk
By_____ Dep. Clerk

2